UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVANGELENE PEACK,

    Plaintiff,

v.                                                               Case No: 8:15-cv-2859-T-33JSS

POLK COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration (Dkt. 6), Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 7), and Motion to Extend Time to Comply with Local Rule 1.04(d) (Dkt. 10). In the Motion for Reconsideration, Plaintiff requests that the Court reconsider its prior Order denying Plaintiff's Motion to Appoint Counsel. (Dkt. 5.) Upon consideration, it is

**ORDERED**:

1. Plaintiff's Motion for Reconsideration (Dkt. 6) is **DENIED**. The Court, by previous Order, has already found that Plaintiff has failed to show exceptional circumstances that warrant the appointment of counsel (Dkt. 5), and Plaintiff's renewed motion also fails to meet this burden.

2. Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 7) is **GRANTED**. Plaintiff is directed to complete and return the "Summons in a Civil Case" forms[1] to

---

[1] This form, listed as "Summons/Civil," can be found at the "Forms" section, "Civil" subsection, of this Court's website at http://www.flmd.uscourts.gov. If Plaintiff does not have access to the Internet to download this form, Plaintiff may obtain the form by contacting the Clerk's Office at 813-301-5400.

the Clerk within twenty-one (21) days of this Order, whereupon the United States Marshal is directed to serve this summons on the appropriate parties.

3. Plaintiff's Motion to Extend Time to Comply with Local Rule 1.04(d) (Dkt. 10) is **DENIED** as moot. A review of the docket reflects that Plaintiff has complied with Local Rule 1.04(d) by filing a Notice of Pendency of Other Actions as required by the Local Rule. (Dkt. 9.) If Plaintiff wishes to supplement the notice, she may do so within fifteen (15) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on January 6, 2016.

*/s/ Julie S. Sneed*
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party