UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVANGELENE PEACK,

    Plaintiff,

v.                                 Case No. 8:15-cv-2859-T-33JSS

POLK COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff Evangelene Peack's Motion for Free Pacer Access (Doc. # 39), which was filed on June 30, 2016. Although Defendant Polk County Sheriff's Office has not filed a response, the Court determines a response is not necessary. Also, the Court notes that the Plaintiff has failed to comply with Local Rule 3.01(g). Failure to comply with the Local Rules normally results in an automatic denial of a motion. Nevertheless, on this occasion, the Court has reached the merits of the motion. For the reasons set forth below, the Court denies the Motion.

**I.**     **Background**

Peack initiated this action on December 14, 2015. (Doc. # 1). Peack then filed a Motion for Leave to Proceed *in Forma Pauperis* on December 18, 2015, which was granted on January

6, 2016. (Doc. ## 7, 11). On January 7, 2016, the Court directed Peack to register for a CM/ECF account (with the assistance of the Clerk's office). (Doc. # 12).

## II. Discussion

Since being directed to register for a CM/ECF account, Peack has filed numerous motions, including filing two amended Complaints. See (Doc. ## 14, 17, 32, 36). Nearly six months after being directed to register, Peack now files a Motion to grant her free access to PACER. (Doc. # 39). In her Motion, Peack states, "Please grant me free pacer access in order to view and keep track of my case." Id. PACER is an electronic public access service that allows users to obtain case and docket information online from federal appellate, district, and bankruptcy courts. PACER, https://www.pacer.gov (last visited July 5, 2016). The same free access that Peack seeks from PACER, is already available through CM/ECF, which she was directed to register for previously. (Doc. # 12).

According to the Administrative Procedures for Electronic Filing, a party registered for CM/ECF receives a notice of electronic filing (NEF) by email when a document is filed. M.D. Fla., *Administrative Procedures for Electronic Filing* 5 (June 5, 2015), http://www.flmd.uscourts.gov/CMECF/CM-

ECF_ADMINISTRATIVE_PROCEDURES_6-5-2015.pdf. This email contains a hyperlink to the filed document. Id. Furthermore, a document can be viewed the first time for free by clicking on the hyperlink. Id. The hyperlink then expires after the first use or fifteen days after the NEF is emailed, whichever arises first. Id. When viewing a document for the first time, a party must save the document if she wishes to view it for free at a later date. Id. If the document is not saved when it is first viewed, the party will be charged by PACER for any additional views. Id.

 For almost six months, Peack has stayed up to date with her case without needing free PACER access. If Peack desires to view documents that she has not saved on her first free look, she may view them at public-access terminals in the Clerk's Office. This Court encourages Peack to take advantage of the free first time look to save documents from the NEF in the future.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Evangelene Peack's Motion for Free Pacer Access (Doc. # 39) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida this 5th day of July, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE